**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 16, 2007

BY HAND

The Honorable George A. Yanthis
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

    Re:    United States v. German Cuadrado et al.,
            07 Cr. 387

Dear Judge Yanthis:

    The United States hereby requests that the second superseding indictment in the above-captioned case be unsealed. The second superseding indictment – captioned S4 07 Cr. 387 – was filed on November 8, 2007, and charges seven defendants in eight counts. Thank you very much for your assistance in this matter.

                Respectfully Submitted,

                MICHAEL J. GARCIA
                United States Attorney

    By:    */s/ Nola B. Heller*
                Nola B. Heller
                Assistant United States Attorney
                (914) 993-1939

*MEMO ENDORSED*

SO ORDERED: */s/ George A. Yanthis  11/16/07*
GEORGE A. YANTHIS, USMJ