Sealed

CR 12 (Rev. 5/03)

# WARRANT FOR ARREST

## United States District Court

DISTRICT: SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

PLUTARCO ANGULO-AGUIRRE, a/k/a "Matatan," a/k/a "Platano," RAFAEL RODRIGUEZ, a/k/a "Dance," ANGEL DIAZ, a/k/a "Pete," VICTOR DIAZ, a/k/a "Gago," JUAN CAMACHO, SAILE PARRA, AND JORGE CEDENO, a/k/a "Miguel"

DOCKET NO.: S4 07Cr 387 (CM)

MAGISTRATE'S CASE NO.:

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:

JORGE CEDENO, a/k/a "Miguel"

WARRANT ISSUED ON THE BASIS OF:
☐ Order of Court
X Indictment   ☐ Information   ☐ Complaint

DISTRICT OF ARREST:

TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER

CITY:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Kidnapping Conspiracy, Kidnapping, Hobbs Act Robbery Conspiracy, Hobbs Act Robbery, Brandishing a Firearm in Connection with a Crime of Violence

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | 18 | 1201(c), 1201(a), 1951(a), 2, 924(c) |

BAIL: 

OTHER CONDITIONS OF RELEASE:

ORDERED BY:

SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE): S/ CM

DATE ORDERED: 11-5-07

CLERK OF COURT:

(BY) DEPUTY CLERK: JH

DATE ISSUED: 11-5-07

### RETURN

This warrant was received and executed with the arrest of the above-named person.

DATE RECEIVED: 11/8/2007

NAME AND TITLE OF ARRESTING OFFICER: William McMurry, Special Agent, FBI

SIGNATURE OF ARRESTING OFFICER: [signature]

DATE EXECUTED: 11/15/2007

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.