UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────x

UNITED STATES OF AMERICA,

    -against-                                                   S4 07 Cr. 387 (CM)

PLUTARCO ANGULO-AGUIRRE,
RAFAEL RODRIGUEZ, ANGEL DIAZ,
VICTOR DIAZ and JORGE CEDENO,

                 Defendants.
──────────────────────────────x

ORDER

McMahon, J.:

       The Government and the defendants have asked the Court to adjourn the trial of this matter (currently scheduled for May 27, 2008) to June 2, 2008. The Court accedes to that request: The trial of this matter will commence on June 2, 2008, at 9:30a.m.

       The final pretrial conference remains as scheduled, Tuesday, May 13, at 10:00a.m. The Court intends to decide the *in limine* motions *sub judice* prior to the final pretrial conference. Any remaining motions will be decided at the conference.

       With respect to defendant Rodriguez's supplemental suppression motion to suppress the bullet proof vest, the Court grants defendant a hearing to explore how Detective Goldrick came to know that Rodriguez was wearing a vest. The Court will hold the supplemental hearing at the outset of the final-pretrial conference. Since the Court has already heard at the initial hearing much of the relevant evidence regarding the stop of the defendants, the scope of the supplemental hearing will be strictly limited to how Detective Goldrick came to know Rodriguez was wearing a vest.

       This constitutes the decision and order of the Court.

March 7, 2008

                                                                    [signature]
                                                                    U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

BY FAX TO:

**Nola Breglio Heller**
U.S. Attorney's Office, White Plains
300 Quarropas Street
White Plains, NY 10601
Fax: (914)682-3392


**Samuel Michael Braverman**
Law Office of Sam Braverman
901 Sheridan Avenue
Bronx, NY 10451
Fax: 718-293-5395

**Paul Peter Rinaldo**
Grossman & Rinaldo
108-18 Queens Boulevard, 8th Floor
Forest Hills, NY 11375
Fax: (718) 793-0894

**George Edward Fufidio, Jr.**
Mancuso Rubin & Fufidio
1 North Broadway
White Plains, NY 10601
Fax: (914)-686-3478

**Michael Kennedy Burke**
Burke, Miele & Golden, LLP
100 Washington Avenue, Post Office Box 397
Suffern, NY 10901
Fax: (845) 294-7673

**Clinton Warren Calhoun**
Briccetti, Calhoun and Lawrence
81 Main Street
White Plains, NY 10601
Fax: 914-946-5906