# BRICCETTI, CALHOUN & LAWRENCE, LLP
### ATTORNEYS AT LAW
81 MAIN STREET
SUITE 450
WHITE PLAINS, NEW YORK 10601

VINCENT L. BRICCETTI*
CLINTON W. CALHOUN, III**
KERRY A. LAWRENCE*

*ALSO ADMITTED IN CT
**ALSO ADMITTED IN VA & DC

May 8, 2008

(914) 946-5900

FAX (914) 946-5906

5/8/08
Granted
[signature] Colleen McMahon

**BY FACSIMILE**
Hon. Colleen McMahon
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Plutarco Angulo-Aguirre, et al.</u>
S4 07 Cr. 387 (CM)

Dear Judge McMahon:

On behalf of my client Jorge Cedeno, this is to request that the acceptance of responsibility date be extended to May 13, the date scheduled for the final pretrial conference. AUSA Nola Heller advises me that the government has no objection to the requested extension but that it will not go forward with any plea without receiving a signed plea agreement from the defense.

I appreciate the Court's consideration of this request.

Respectfully submitted,

[signature]

Clinton W. Calhoun, III

cc: AUSA Nola Heller (by facsimile)

# BRICCETTI, CALHOUN & LAWRENCE, LLP
## ATTORNEYS AT LAW
81 Main Street, Suite 450
White Plains, NY 10601

TELEPHONE (914) 946-5900
FACSIMILE (914) 946-5906

---

| | | |
|---|---|---|
| DATE: | May 8, 2008 | NUMBER OF PAGES (Including Cover): 2 |
| TO: | Hon. Colleen McMahon | |
| FAX: | (212) 805-6326 | |
| TO: | AUSA Nola Heller | |
| FAX: | (212) 637-2387 | PHONE: (212) 637-2631 |
| FROM: | Clinton W. Calhoun, III | |
| RE: | <u>USA v. Jorge Cedeno</u><br>07 CR. 387 (CM) | |

---

**PRIVILEGED AND CONFIDENTIAL**

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FACSIMILE MESSAGE, ANY USE OR DISCLOSURE BY YOU OF THIS MESSAGE IS UNAUTHORIZED. PLEASE CALL (914) 946-5900 COLLECT.