UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATE OF AMERICA,

            - against -

PLUTARCO ANGULO-AGUIRRE,
RAFAEL RODRIQUEZ, ANGEL DIAZ,
VICTOR DIAZ and JORGE CEDENO,

            Defendants.
----------------------------------------------------------x

07 CR 387 CM)

IT IS HEREBY ORDERED that the following defendants and defense counsel in the above referenced matter are permitted by this Order to visit with their clients with a Spanish interpreter after jail visitation hours in order to adequately prepare for trial from May 23, 2008 to July 7, 2008:

Samuel M. Braverman, Esq.
Law Office of Sam Braverman
*Attorneys for Plutarco Angulo-Aguirre*
901 Sheridan Avenue
Bronx, New York 10451

George E. Fufidio, Jr., Esq.
Mancuso, Rubin & Fufidio
*Attorneys for Angel Diaz*
1 North Broadway
White Plains, New York 10601

Michael K. Burke, Esq.
Burke, Miele & Golden, LLP
*Attorneys for Victor Diaz*
30 Matthews Street, Suite 303A
Post Office Box 216
Goshen, New York 10924

Paul P. Rinaldo, Esq.
Grossman & Rinaldo
*Attorneys for Rafael Rodriquez*
108-18 Queens Boulevard, 8th Floor
Forest Hills, New York 11375

Clinton W. Calhoun, Esq.
Briccetti, Calhoun & Lawrence
*Attorneys for Jorge Cedeno*
81 Main Street
White Plains, New York 10601

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08

05/15/2008 15:04 8452947673 BURKE MIELE GOLDEN PAGE 03/03

Dated:

By: *[signature]*
Honorable Colleen McMahon
United States District Judge

5-16-2008

Presented by:

Michael K. Burke, Esq. (MB 7554)